Thomas Bender (T074559)
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐
MAY 24 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Thomas Oscar Bender,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Maricopa County Sheriff Detention officers,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-01249-PHX-SRB--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: My civil right and my Bill of rights

2. Institution/city where violation occurred: Lower Buckeye Jail / Phoenix

3.

## B. DEFENDANTS

1. Name of first Defendant: **maricopa county sheriff**. The first Defendant is employed as: **Detention officers** at **Lower Buckeye Jail**.
   (Position and Title)                          (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   as: _____ at _____.
   (Position and Title)                          (Institution)

3. Name of third Defendant: _____. The third Defendant is employed
   as: _____ at _____.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed
   as: _____ at _____.
   (Position and Title)                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Thomas Bender** v. **unknown Parties**
      2. Court and case number: **2:24-cv-01104-SRB--JZB**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **still pending**

   b. Second prior lawsuit:
      1. Parties: **Thomas Bender** v. **unknown Parties**
      2. Court and case number: **2:24-cv-01105-SRB--JZB**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **still pending.**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Be mistreament and equal</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was Book in Jail at LBJ on Jan 26, 2024. I was put into house/cell T34B/03. Which was a NON-Handicap cell. I was told I was got to be beat up by my cellmate for taking up to much room. They pulled me out and Act like I did something wrong. Then put me in house/cell T34B/02. A NON-Handicap cell. I had to keep reask many times. for 54 day before the move me to house/cell T31B/17 /handicap cell. Which No railing a person on floor because it Bigger so its ok 27 days. since 04/23/24 handicap shower down stair the only one I can use has been off. Which I belive is a crime. AGG ASLT - Deadly F3D Because the have a tazzer gun on them. Which is a Gun. I want to press charges.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional pain, hurt hand and arm.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Grievance are block until 03/01/2029</u>

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Not allow to take a shower**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   When I come back from court on April 22, 2024. The handicap shower dont work. I have one foot and I'm in a wheelchair. so it the only one I can use. I wrote a paper Inmate request form to have a shower. And I ask for a change of a pair of pants and shirt Like the detention officers ask me to. This was on April 27, 2024 around 10 pm. She came back around 10:30 pm. and said the Sgt. said nothing we can do. take a Bird Bath. So everyone with 2 feet can shower But if you have 1 foot you can not shower for now 6 days to say today the April 28, 2024. I want to press Charges. The have taser Gun Which is a Gun. I believe AGG ASLT. Deadly FJD or PSO

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional pain, Things like this is why I started taking mental meds.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I cant fill out a grievance until 03/01/2029

3

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Using threat to make my 1 part of Bill of Orights stop

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities        ☐ Mail              ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☒ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 4 around 1100 hrs in Jail-LBJ in House/T3/B cell 15. I was saying good Bye to a Inmate for about 1 min and 30 sec. They start and stop the cell door closing. I know that they closed the door on me in the past on Feb 22 or march 22. I had my pride of Being American Damage. It hurt me Emontionally. And they (carry taser Guns wich is a Gun. I want to press charges. I belive it would AGG. ASlt Deadly F20 or F30. And the caption Allows this to happen, so I would like to press charges against him also. But the Sheriff J is I charger of them.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emontional Pain, Damage of my Pide of Being American.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Can't file a grievance until 03/01/2029

3

## CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Pick every one else but people in wheelchairs.**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: **Not treating everyone same**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In the Inmate Request Form #44467548. I ask for the Maricopa County Sheriff detention officers, Sgt, Lt, and a wheelchair waiting caption to read and think about what I was wrote. What I wrote was this. Inmate that did not lock down should lose canteen for 2 weeks. That I have a idea for the classroom that they dont use anymore. I would like to help hand out canteen. The said not a vaild reqjset. But they use people with 2 feet not in a wheelchair all time, like canteen, tablets, handout meals. But no, me I am in wheelchair cant do anything. I just in the way. This hurts me emotionally. Which is Ag As It-Deadly Because they carry a taser gun which is a gun. I want to press charges.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional Pain. Stuff like this and my other complaint is cause me to take mental meds.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I can not put a grievance in until 03/07/2025

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Wheelchair turn over on me in transport

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On march 18 in the morning around 400 hrs in transport form LBJ to court they did lock another person wheelchair down and went back wards on to me. were aso transport was moving I had to left him off of me. I belive is a crime which I belive is AGG ASLt-Deadly F3 O. Because the had tazzer Gun on them. Which is still a Gun. I press charges.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). The sheriff D.O did care when told. Emotional pain.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. My grievance was Block until 03/01/2029

4

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Delaying paper or Not following the order In way doing things.</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Missing with Evidence</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I sent in a civil Right complaint in on 05/07/2024 at 1721 hrs., he returned the yellow copy not being sign or dated by him. I sent in a Inmate request form #44635046I To have a Sgt, Lt, or Caption to come talk to me but No one Every show up. The 3rd count on this form was about/not signing and throw away paper work. help the District Attorney, Because there on the same side. And the 2nd count is about reading messages between me and my lawyer Stephen Johnson for case # CR2024-104205-001. This hurt me Emontionally and legally and I want to press charges. Which they carry taser guns, which is a Gun I belive the charges would be AGG-Aslt-Deadly F20 of F3D.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emontional pain, and could be missing paper Delaying paper work and could be lost/lot case. CC2024-104205-001

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   2. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Can not file grievance until 03/01/24</u>

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
   __Closing a cell door on me._____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On March 23, 2024 around 1330 hrs, in jail - LBJ House cell T3/B/15, I was sitting talking to a inmate, without warning they shut the cell door on me a few times, when I told the Detention officer, he said move faster, which is a crime. I believe is AGG Aslt-Deadly F3D. Because he had a tazzer gun on them which is a gun 2 and 1/2 years. And I want to press charges.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Wheelchair got bent, not rolling right. Emotional pain.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Grievance are block until 3/1/2024

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT III

1. State the constitutional or other federal civil right that was violated: The DA. and Detention officers are on the same side and wont give me a speedy trail

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Bill of rights 6 Amendment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I told the Maricopa county seriff county Detention officer outside of court on march 22, 2024. When he told me you dont have to go in to court after all, which is me to go to every court. It Been 50 days since I was charge with (13-1204A2) AGG ASlt-Deadly F30 case # CR2024-104205-001 and I want my speedy trial under the 6th Amendment, which out ranks ARIZONA laws. They work on the same side as District Attorney. Which is A violate of my due process rights or my right to a speedy trial under the sixth Amendment. I want to press charges. They carry Taser Guns, Which is a Gun. I belive the charges would be AGG-ASlt-Deadly F20 or F30

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Emontional pain, Not having my freedoms and rights.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   2. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Cant file grievance until 03/01/2029

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: _money and Never Happen to any one again_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/28/24___
                DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date     MAY 2 0 2024

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009